■ The People of the State of New York, Respondent, v Gary Williams, Appellant. [744 NYS2d 733] —Appeal from a judgment of Jefferson County Court (Martusewicz, J.), entered June 1, 2001, convicting defendant upon his plea of guilty of attempted promoting prison contraband in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted promoting prison contraband in the first degree (Penal Law §§ 110.00, 205.25 [2]). Defendant failed to preserve for our review his challenge to the factual sufficiency of the plea allocution (*see People v Lopez,* 71 NY2d 662, 665), nor does this case fall within the narrow exception to the preservation doctrine (*see People v Toxey,* 86 NY2d 725, 726, *rearg denied* 86 NY2d 839). Present—Pigott, Jr., P.J., Hayes, Kehoe, Gorski and Lawton, JJ.